An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

KENNETH J. SCHIRO,
Appellant,
vs.
RENEE BAKER, WARDEN,
Respondent.

No. 62913

FILED

MAY 10 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order of the district court partially dismissing a post-conviction petition for a writ of habeas corpus. Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

No final decision, oral or written, had been made on the entire petition when appellant filed his appeal on April 1, 2013.[1] Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

---

[1]We note that the State was ordered to respond to the remaining claims on February 27, 2013.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-13812

cc: Hon. Steve L. Dobrescu, District Judge
Kenneth J. Schiro
Attorney General/Carson City
White Pine County District Attorney
Attorney General/Ely
White Pine County Clerk